UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
OCT 0 6 2008



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PEARL COTTIER and REBECCA THREE STARS, | CIV 02-5021 |
| Plaintiffs, | |
| vs. | ORDER |
| CITY OF MARTIN; TODD ALEXANDER; ROD ANDERSON; SCOTT LARSON; DON MOORE; BRAD OTTE; and MOLLY RISSE, in their official capacities as members of Marty City Council; and JANET SPEIDEL, in her official capacity as Finance Officer of City of Martin, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiffs' Motion for Miscellaneous Relief, Doc. 482, in which Attorney Patrick Duffy requests the American Civil Liberties Union (ACLU) to release attorneys' fees currently held in escrow by the ACLU for Patrick Duffy, and the American Civil Liberties Union being in agreement with said request, and after consideration of the Motion, and good cause appearing,

IT IS ORDERED:

1. That the Plaintiffs' Motion for Miscellaneous Relief, Doc. 482, is granted, and the American Civil Liberties Union (ACLU) shall pay Patrick Duffy $82,607.50, the amount of Mr. Duffy's attorney fees from the amount paid by Defendants to the American Civil Liberties Union.

Dated this 6th day of October, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY