UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
JUN 0 8 2010

******************************************************************

| | | |
|---|---|---|
| PEARL COTTIER and REBECCA THREE STARS, | * * * | CIV 02-5021 |
| Plaintiffs, | * * | |
| | * | JUDGMENT |
| -vs- | * * | |
| CITY OF MARTIN; TODD ALEXANDER; ROD ANDERSON; SCOTT LARSON; DON MOORE; BRAD OTTE; and MOLLY RISSE, in their official capacities as members of Martin City Council; and JANET SPEIDEL, in her official capacity as Finance Officer of City of Martin, | * * * * * * * * * | |
| Defendants. | * * | |

******************************************************************

In accordance with the Opinion and Judgment from the Eighth Circuit Court of Appeals, filed May 5, 2010, as well as the Mandate issued on May 27, 2010,

IT IS ORDERED, ADJUDGED and DECREED that this Court's judgment of February 9, 2007, is vacated, and the case is dismissed with prejudice.

Dated this 8th day of June, 2010

BY THE COURT:

*(signature)*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY *(signature)*
DEPUTY